UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALFRED MCZEAL | * | CIVIL ACTION NO. 2:15-cv-2315 |
| v. | * | JUDGE MINALDI |
| MIDSOUTH NATIONAL BANK NA, ET AL | * | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation (Rec. Doc. 51) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and having determined that the findings are correct under applicable law,

**IT IS ORDERED** that defendants' Motion to Dismiss (Rec. Docs. 6 & 34) and Motion to Take Judicial Notice (Rec. Doc. 39) are **DENIED.**

**IT IS FURTHER ORDERED** that plaintiff's Motion to Strike (Rec. Doc. 49) and Motion for Judgment on the Pleadings (Rec. Doc. 50) is **DENIED.**

Lake Charles, Louisiana, this 19 day of August, 2016.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE