U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JAN 1 2 2017

TONY R. MOORE, CLERK
BY: _____ MB
    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| ALFRED McZEAL | : | CIVIL ACTION 15-cv-2315 |
| VERSUS | : | JUDGE MINALDI |
| MIDSOUTH NATIONAL BANK, NA | : | MAGISTRATE JUDGE KAY |

## ORDER

At the request of Judge Minaldi, it is

ORDERED that this matter be transferred to Judge Donald E. Walter.

THUS DONE AND SIGNED this 12th day of January, 2017.

DEE D. DRELL
Chief Judge