UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | |
|---|---|
| **ALFRED MCZEAL** | * CIVIL ACTION NO. 2:15 -CV-02315 |
| | * |
| v. | * |
| | * JUDGE WALTER |
| **MIDSOUTH NATIONAL BANK N.A.,** | * |
| **ET AL.** | * |
| | * MAGISTRATE JUDGE KAY |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **JUDGMENT**

For the reasons stated in the Report and Recommendation (Rec. Doc. 83) of the Magistrate Judge previously filed herein, after an independent review of the record, a *de novo* determination of the issues, and determining that the findings are correct under applicable law,

**IT IS ORDERED** that the clerk place the plaintiff Alfred McZeal on the list of sanctioned/barred litigants for this district, so that he is barred from filing any action in the United States District Court for the Western District of Louisiana without first obtaining the approval and authorization of the Chief Judge.

**IT IS FURTHER ORDERED** that defendants are to submit an itemized bill of the costs and attorney's fees incurred in this matter within fourteen (14) calendar days after the entry of this Judgment, that McZeal will have fourteen (14) calendar days from when the defendants submit an itemized bill of costs and attorney's fees to raise any objection to amounts in the bill, and that McZeal pay the defendants what the court determines are reasonable costs and attorney's fees.

**IT IS FURTHER ORDERED** that McZeal is enjoined from filing any further motions in this action beyond a notice of appeal to the Fifth Circuit Court of Appeal, and that he will face appropriate sanctions, as determined by the district court, for a violation.

Shreveport, Louisiana, this 19th day of April, 2017.

*Donald E. Walter*
DONALD E. WALTER
UNITED STATES DISTRICT COURT